IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CESAR ESCOBEDO**                                                                                          **PLAINTIFF**
**ADC #163951**

v.                                      No: 2:18-cv-00142 KGB-PSH

**TIFFANY M. MUNN**, *et al.*                                            **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

A *pro se* complaint was filed on behalf of Plaintiff Cesar Escobedo on October 11, 2018 (Doc. No. 1). Escobedo did not sign the complaint. On October 15, 2018, the Court entered an order directing Escobedo to file a signed complaint and to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2. Escobedo was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case.

More than 30 days have passed, and Escobedo has not complied or otherwise responded to the October 15 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Escobedo's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE