# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CESAR ESCOBEDO**  PLAINTIFF
ADC #163951

v.  Case No. 2:18-cv-00142-KGB

**TIFFANY M. MUNN,** *et al*.  DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendation filed by United States Magistrate Patricia S. Harris (Dkt. No. 3). No objections to the Proposed Findings and Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings in all respects (*Id*.). Accordingly, the Court dismisses without prejudice plaintiff Cesar Escobedo's complaint (Dkt. No. 1).

So ordered this 19th day of December 2019.

Kristine G. Baker
United States District Judge