# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CESAR ESCOBEDO**   **PLAINTIFF**
**ADC #163951**

v.   Case No. 2:18-cv-00142-KGB

**TIFFANY M. MUNN,** *et al*.   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Cesar Escobedo's complaint is dismissed without prejudice.

So adjudged this 19th day of December 2019.

                     _____
                     Kristine G. Baker
                     United States District Judge